FILED
U.S. BANKRUPTCY COURT
EASTERN & WESTERN DISTRICTS
OF ARKANSAS
10/08/26 11:53 am
LINDA McCORMACK, CLERK
By: AshleyMobley
DEPUTY CLERK

**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE EASTERN DISTRICT OF ARKANSAS**
**CENTRAL DIVISION**
In re: LAWONDA FAYE TURNER
**CASE NO. 4:26-bk-13899**
**CHAPTER 13**

---

**MOTION TO EXTEND THE AUTOMATIC STAY PURSUANT TO 11 U.S.C. SECTION 362(c)(3)(B)**

---

Comes now the Debtor, Lawonda Faye Turner, appearing Pro Se, and respectfully moves this Honorable Court to enter an Order extending the protective Automatic Stay parameters beyond the initial statutory 30-day window pursuant to **11 U.S.C. Section 362(c)(3)(B)**. In support of this request, the Debtor states:

**1.** The Debtor filed a prior Chapter 13 case under Case No. 4:26-bk-10929 T, which was dismissed on June 30, 2026. Because the current petition, **Case No. 4:26-bk-13899**, was filed within a one-year window of that dismissal, the stay expires in 30 days under **11 U.S.C. Section 362(c)(3)(A)** unless extended.

**2.** The procedural dismissal of Case No. 4:26-bk-10929 T was directly engineered by a material omission by Plaintiff's subsequent counsel, Forrest Stolzer, who completely failed to notify or inform the Plaintiff regarding outstanding, past-due installment court filing fees required by the clerk register. The Defendant immediately weaponized this procedural gap to advance an unapproved foreclosure track under the color of an in-rem lien.

**3.** The Debtor's new bankruptcy filing is executed in absolute good faith to protect her primary residence from predatory equity-stripping and unapproved fee tracking ledger manipulations launched by Onity Mortgage Corporation.

**4.** Concurrently, on October 2, 2026, the Debtor opened a formal lawsuit under **Adversary Proceeding No. 4:26-ap-01066** demanding **$1,500,000.00** in compensatory damages for systemic and willful violations of her original stay and the permanent discharge injunction (**11 U.S.C. Sections 362(k) and 524**).

**5.** The Debtor has previously funded **$3,030.00** in cash into the Trustee registers, proving her complete good faith to pay her contractual obligations. An extension of the stay is necessary to maintain the baseline safety of the home while her pending adversary litigation proceeds to trial.

**WHEREFORE**, the Debtor respectfully prays that this Honorable Court notice this matter for the mandatory statutory hearing required under **11 U.S.C. Section 362(c)(3)(B)**, and enter an Order extending the Automatic Stay as to all entities pending the final resolution of **Adversary Proceeding No. 4:26-ap-01066**.

Dated: October 5, 2026
Respectfully Submitted,

2 pages

**Lawonda Faye Turner, Pro Se Debtor**
1724 Pilot Ct, Jacksonville, AR 72076
501-394-8155

Lawonda Turner
24 Pilot Ct
Jacksonville, Ar 72076

9589 0710 5270 4203 2039 99

Retail

UNITED STATES POSTAL SERVICE

72201

RDC 99

U.S. POSTAGE PAID
FCM LG ENV
JACKSONVILLE, AR 72076
OCT 05, 2026

$7.82

S2324K502546-08

United States Bankruptcy Court
300 W 2nd St
RE: Clerk of Court
Little Rock, Ar 72201