**UNITED STATES BANKRUPTCY COURT**
**IN THE EASTERN DISTRICT OF ARKANSAS**
**CENTRAL DIVISION**

**IN RE: LAWONDA FAYE TURNER, DEBTOR** — **CASE NO. 4:26-BK-13899 CHAPTER 13**

**ONITY MORTGAGE CORPORATION F/K/A PHH MORTGAGE CORPORATION** — **MOVANT**

**V.**

**LAWONDA FAYE TURNER, DEBTOR AND JACK W. GOODING, TRUSTEE** — **RESPONDENTS**

## <u>OBJECTION TO CONFIRMATION</u>

Comes now, Onity Mortgage Corporation f/k/a PHH Mortgage Corporation as mortgage servicer for The Secretary of Veterans Affairs, an officer of the United States, a secured creditor of the above-named Debtor, and a party in these proceedings, (hereinafter "Movant"), by and through its attorneys, Mackie Wolf Zientz & Mann, P.C., and for its Objection to Confirmation of the Chapter 13 plan proposed herein by the Debtor, Lawonda Faye Turner, states:

1. Movant is the servicer of the promissory note, which is secured by a mortgage covering the real property listed in the Chapter 13 plan of Debtor, more particularly described as follows:

> The following Lands lying in the County of Pulaski and the State of Arkansas to-wit:
>
> Lot 15, Base Meadows Addition-Phase 1A, Jacksonville, Pulaski County, Arkansas, and being shown on plat recorded as Plat No. H-427, Records of Pulaski County, Arkansas.
>
> More commonly known as 1724 Pilot Court, Jacksonville, AR 72076

2. Pursuant to 11 U.S.C. §§ 1324 Movant objects to said Chapter 13 plan because the Debtor's proposes direct pay despite showing that there are over $11,000.00 in arrears. Movant asserts that the prepetition arears are approximately $12,656.46. Movant is in the process of preparing its proof of claim. Additionally, the proposed plan is not proposed on the correct local

plan format and therefore does not address how to handle various situations such as payment changes, how the claim is to be treated upon plan completion, etc.

3. Therefore, the plan does not meet all the requirements for confirmation.

WHEREFORE, Movant objects to confirmation of the Chapter 13 plan proposed herein by the Debtor, and prays that this Court deny such confirmation, for its attorney's fees herein and for all other just and proper relief.

Respectfully submitted,

MACKIE WOLF ZIENTZ & MANN, P.C.
Redding Building
1701 Centerview Drive, Suite 207
Little Rock, AR 72211
Phone: (501) 218-8111
Facsimile: (501) 588-0070
Email: pcounce@mwzmlaw.com

By: *<u>/s/ Philip Counce, Jr.</u>*
Philip Counce, Jr. (TN Bar No. 32045)

Leslie N. Mann (Bar No. 95142)
Julie Chambers (Bar No. 2023166)
Kelli Johnson (Texas Bar No. 24053317) *Admitted to Practice in Eastern and Western Districts of Arkansas
Philip Counce, Jr. (Tennessee Bar No. 032045) *Admitted to Practice in Eastern and Western Districts of Arkansas

Attorney for Movant

CERTIFICATE OF SERVICE

I, Philip Counce, Jr., do hereby certify on October 9, 2026, a copy of the foregoing pleading was served via electronic mail or first class mail upon the following parties:

By: */s/ Philip Counce, Jr.*

Leslie N. Mann (Bar No. 95142)
Julie Chambers (Bar No. 2023166)
Kelli Johnson (Texas Bar No. 24053317) *Admitted to Practice in Eastern and Western Districts of Arkansas
Philip Counce, Jr. (Tennessee Bar No. 032045) *Admitted to Practice in Eastern and Western Districts of Arkansas

Via Pre-Paid U.S. Mail:
Lawonda Faye Turner
1724 Pilot Court
Jacksonville, AR 72076
Debtor

Via ECF:
Lawonda Faye Turner
Pro Se
1724 Pilot Court
Jacksonville, AR 72076

Via ECF:
Jack W. Gooding
Po Box 8202
Little Rock, AR 72221-8202
Chapter 13 Trustee

Via ECF:
U.S. Trustee
Office of U.S. Trustee
200 W Capitol, Ste. 1200
Little Rock, AR 72201